# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DAMON LAMAR CAMPBELL,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendant.

2:20-cv-00634-RFB-VCF

**ORDER**

    Before me are the motion for service on defendants Stephen George and Mark Laurente (ECF NO. 15), motion for service of defendants Stephen George and Mark Laurente (ECF No. 19), and motion for status on summons (ECF N. 20).

    Plaintiff is asking for service on defendants Stephen George and Mark Laurente. *Id.* The Attorney General's Office did not accept service for defendants Stephen George and Mark Laurente. The Attorney General's Office filed under seal the last known addresses of defendants Stephen George and Mark Laurente.

    If Plaintiff wishes to have the U.S. Marshal attempt service on defendants Stephen George and Mark Laurente, he must follow the instructions contained in this order.

    The Clerk is directed to ISSUE sealed summons for defendants Stephen George and Mark Laurente and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 13.) The Clerk is directed to SEND sufficient copies of the complaint, (ECF No. 6), the screening order, (ECF No. 5), and this order to the U.S. Marshal for service on defendants Stephen George and Mark Laurente. The Clerk is directed to SEND to Plaintiff sufficient USM-285 forms. Plaintiff has 30 days from the date of this order, to complete the USM-285 service form and return it to the U.S. Marshal, 333 Las Vegas Blvd South, Suite 2058, Las Vegas, NV 89101.

If Plaintiff fails to follow this order, claims against defendants Stephen George and Mark Laurente may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

I ORDER that the motion for service on defendants Stephen George and Mark Laurente (ECF NO. 15), motion for service of defendants Stephen George and Mark Laurente (ECF No. 19), and motion for status on summons (ECF N. 20) are GRANTED.

I FURTHER ORDER that Plaintiff has up to and including March 31, 2022, to perfect service on defendants Stephen George and Mark Laurente.

DATED this 31st day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE