**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

DAMON LAMAR CAMPBELL,

    Plaintiff(s),

v.

NEVADA DEPT. OF CORRECTIONS, et al.,

    Defendant(s).

2:20-cv-00634-CDS-VCF

**ORDER EXTENDING SERVICE DEADLINE**

On May 25, 2022, the court ordered plaintiff to show cause as to why he failed to perfect service on defendants Stephen George and Mark Laurente pursuant to Fed. R. Civ. P. 4(m). (ECF No. 33).

**Background:**

On January 31, 2022, plaintiff's motion for service on defendants Stephen George and Mark Laurente was granted, and plaintiff had up to and including March 31, 2022, to perfect service on defendants Stephen George and Mark Laurente. (ECF No. 21). The summons on Stephen George and Mark Laurente were returned as unexecuted because the U.S. Marshal did not receive a USM 285 form from plaintiff for service. (ECF No. 23). The clerk's office indicated that a copy of the Order (ECF No. 21) on service for defendants George and Laurente and form USM 285 was sent to plaintiff on February 1, 2022. (ECF No. 21).

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." "The 90-day time limit imposed by Rule 4(m) expires 90 days after the first complaint in which the defendant is named..." is filed. *Bolden v. City of Topeka*, 441 F.3d 1129, 1148 (10th Cir. 2006)(emphasis added). *Id.* The district court may extend time for service of process

retroactively after the 90-day service period has expired. *See Mann v. American Airlines*, 324 F.3d 1088, 1090 (9th Cir.2003).

The time to effectuate service upon the Defendants Stephen George and Mark Laurente has expired, and Plaintiff must make a showing of good cause or excusable neglect in order for the court to extend this deadline for an appropriate period. *See* Fed. R. Civ. P. 4(m); *Lemoge*, 587 F.3d at 1198; *Mann*, 324 F.3d at 1090 (the court may extend the deadline for service of process retroactively).

The court recognizes that Plaintiff is appearing pro se in this action. Nevertheless, he is still required to follow the rules and orders of the court and should familiarize himself with the Federal Rules of Civil Procedure as well as the Local Rules of this court. *See Jacobsen v. Filler*, 790 F.2d 1362, 1364-65 (9th Cir. 1986) (holding that pro se parties are not excused from following the rules and orders of the court).

On June 1, 2022, Plaintiff filed a response to the show order, stating that due to Covid-19 restrictions at his correctional center, he never received the USM 285 forms for defendants George and Laurente. (ECF No. 37). Campbell also filed a declaration of the correctional facility's law library staff that he never received any filings/orders for Campbell's case during the months of January/February 2022. (ECF No. 38).

Here, plaintiff has given good cause as to why he failed to comply with Fed. R. Civ. P. 4(m).

Accordingly, and for good cause given,

IT IS HEREBY ORDERED that time to perfect service upon the Defendants Stephen George and Mark Laurente is extended to September 21, 2022.

The Clerk is directed to ISSUE sealed summons for defendants Stephen George and Mark Laurente and deliver the same to the U.S. Marshal with the address provided under seal. (ECF No. 13.) The Clerk is directed to SEND sufficient copies of the complaint, (ECF No. 6), the screening order, (ECF No. 5), and this order to the U.S. Marshal for service on defendants Stephen George and Mark Laurente.

The Clerk is directed to SEND to Plaintiff sufficient USM-285 forms. Plaintiff has 20 days from the date of this order, to complete the USM-285 service form and return it to the U.S. Marshal, 333 Las Vegas Blvd South, Suite 2058, Las Vegas, NV 89101.

If Plaintiff fails to follow this order, claims against defendants Stephen George and Mark Laurente may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is directed to mail a copy of this order to plaintiff.

DATED this 21st day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE