UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Damon Lamar Campbell,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>Brian Williams, et al.,<br><br>　　　　　　Defendants | Case No. 2:20-cv-00634-CDS-VCF<br><br>**Order Dismissing Defendant from Case** |

　　　On November 21, 2022, the court notified plaintiff Damon Campbell that if proof of service for defendant Corrections Officer Laurenette was not filed by December 21, 2022, the court would dismiss them from the case under Federal Rule of Civil Procedure 4(m). ECF No. 50. The deadline to do so has passed, and no proof of service has been filed.

　　　Accordingly, IT IS HEREBY ORDERED that defendant Laurenette is dismissed, without prejudice, from this action.

　　　DATED: January 3, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge