UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Damon Lamar Campbell,

                Plaintiff

v.

Brian Williams, et al.,

                Defendants

Case No. 2:20-cv-00634-CDS-VCF

**Order Directing Distribution
of Courtesy Copies**

[ECF Nos. 79, 80]

      Copies of the Ninth Circuit's mandate and this court's minute order that were sent to pro se plaintiff Damon Campbell were returned as undeliverable, with a notation stating that Campbell is not housed at Ely State Prison. ECF Nos. 81, 82. According to the Nevada Department of Corrections' inmate search, Campbell is currently housed at the Southern Desert Correctional Center (SDCC). *See* https://ofdsearch.doc.nv.gov/form.php (last visited June 8, 2026).

      Therefore, the Clerk of Court is kindly directed to send a courtesy copy of the mandate (ECF No. 79) and minute order (ECF No. 80) with this order to the SDCC law library for distribution. Campbell is reminded that under the local rules, parties are required to immediately file with the court written notification of any change of address. Local Rule IA 3-1. Failure to comply with this rule may result in the dismissal of the action. *Id.*

      Dated: June 9, 2026

_____
Cristina D. Silva
United States District Judge