UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Damon Lamar Campbell,

Plaintiff

v.

Brian Williams, et al.,

Defendants

Case No. 2:20-cv-00634-CDS-VCF

**Order Granting in Part Defendant's Motion to Extend Time**

[ECF No. 87]

Counsel for defendant Robert Ashcraft moves for a sixty-day extension of time to file a joint pretrial order, citing his recent assignment to this case, a staffing shortage, a heavy caseload, and recent health concerns. Mot., ECF No. 87. Counsel seeks additional time to discuss the content of the pretrial order with plaintiff Damon Campbell and to "determine whether it would be appropriate to consider filing a motion for a status conference, filing a motion for leave for a supplemental briefing, or another relevant motion to address [the Ninth Circuit's memorandum]." *Id.* at 3–4.

However, a joint pretrial order is not currently due. Rather, as ordered on June 5, 2026, the parties were directed to confer and submit a **joint status report** addressing their respective positions on the matter following remand, whether a settlement conference would be beneficial, or whether the court should set a new briefing schedule. *See* Min. order, ECF No. 80.

Given counsel's recent assignment to this matter and the need to become familiar with the case, it appears that an extension of time is warranted. Accordingly, the defendant's motion **[ECF No. 87] is granted in part**. The parties must meet and confer and submit a **joint status report** addressing: (1) their respective positions on the matter in light of the Ninth Circuit's finding that a genuine dispute of material fact exists as to plaintiff Damon Campbell's deliberate indifference claim, (2) whether a settlement conference would be beneficial, and (3) whether the

court should set a new briefing schedule for the defendants' motion for summary judgment. The joint status report is now due by October 5, 2026.

Dated: August 6, 2026

_______________________________
Cristina D. Silva
United States District Judge